United States District Court
District of Massachusetts

|  |  |
|---|---|
| CARDIOFOCUS, INC.,<br>    Plaintiff,<br><br>v.<br><br>CARDIOGENESIS CORPORATION,<br>    Defendant. | Civil Action No.<br>08-10285-NMG |

ORDER

GORTON, J.

The parties' joint motion to lift the stay (Docket No. 167) is **ALLOWED**, in part, and **DENIED**, in part. The stay of the litigation is hereby lifted and the scheduling order is amended as follows:

1) Supplemental Claim Construction Brief of Cardiogenesis, not to exceed five pages, due: August 22, 2011

2) Response of Cardiofocus, not to exceed five pages, due: August 29, 2011

3) Markman Hearing: October 21, 2011, at 10:00 A.M.. Each party is allotted two hours.

4) Initial Burden Expert Reports: October 31, 2011

5) Rebuttal Expert Reports: November 30, 2011

6) Close of Expert Discovery: January 15, 2012

7) Dispositive Motions due: January 31, 2012

8) Dispositive Motion Response due: February 29, 2012

9) Pretrial Conference: April 17, 2012

10) Trial: May 14, 2012

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated August 15, 2011